UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
IN ADMIRALTY

IN THE MATTER OF:

THE PETITION OF KATHIE MOTHERWAY,
INDIVIDUALLY, AND AS THE EXECUTRIX
OF THE ESTATE OF DAVID MOTHERWAY,
DECEASED, AND AS THE CO-OWNER OF A        CASE NO. 3:23-cv-00296
2019   TIDEWATER BOATS 220 CC VESSEL
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY,

                    Petitioner.
_____/

**PETITION FOR EXONERATION FROM OR LIMITATION
OF LIABILITY UNDER 46 U.S.C. § 183, *et seq.***

COMES NOW the Petitioner, KATHIE MOTHERWAY, individually, and as the Executrix of the Estate of David Motherway, Deceased, and as co-owner of a 2019 Tidewater Boats 220 CC vessel, by and through her undersigned attorneys alleges and respectfully advises the Court as follows:

1. At all times herein mentioned, the said Petitioner and David Motherway were the co-owners of the vessel designated as a 2019 Tidewater Boats 220 CC vessel.

2. At all times material hereto, the said Petitioner was and remains a resident of the State of Connecticut, residing at 25 Dunns CT, Stonington, CT 06378.

3. On or about August 20, 2022, the said vessel co-owned by the Petitioner and David Motherway was being operated on the navigable waters of the United States. Specifically, the aforementioned vessel was being operated in the harbor of Stonington, CT.

4. At the aforesaid time and date of August 20, 2022, and at the aforesaid location in the harbor of Stonington, CT, while being operated in navigable waters, the vessel co-owned by Petitioner and David Motherway was involved in an incident in which it struck a breakwater, resulting in the deaths of both David Motherway and Brian Collie, who were both onboard at the time of the incident.

5. The incident of August 20, 2022 referred to, *supra*, as well as any and all attendant and/or consequent losses or damages allegedly incurred thereby, was not due to any fault, design, neglect or want of due care on the part of the Petitioner or David Motherway, or by any person(s) for whom the Petitioner may be responsible, but were due solely to the fault and neglect of other persons.

6. The aforementioned incident of August 20, 2022 and any and all losses, injuries or damages resulting therefrom was occasioned and incurred without the privity or knowledge of the Petitioner or David Motherway at the time of its occurrence or at any time.

7. The 2019 Tidewater Boats 220 CC vessel co-owned by Petitioner and David Motherway at the said time on August 20, 2022 was at all times relevant hereto staunch, tight and strong, properly manned, equipped and supplied, and in all respects seaworthy.

8. Notwithstanding the foregoing, a claim for liability has been asserted by the estate of Brian Collie against the Petitioner and the Estate of David Motherway.

9. Petitioner, for and on behalf of herself and the Estate, therefore desires to obtain the benefits of the provisions of the Limitation of Liability statute found in the United States Code at 46 U.S.C. sec. 183-189, inclusive, and the various acts amendatory thereof and supplementary thereto, and in that connection contest her liability and the liability of

David Motherway relative to the matters set forth herein.

10. Pursuant to the provisions of the Limitation of Liability Act, found at 46 U.S.C. sec. 183, Petitioner hereby advises the Court that the vessel referred to herein is still in existence at this time, currently located at the CT Department of Energy & Environmental Protection, 79 Elm Street, Hartford CT 06106-5127.

11. No notice of claim in respect of any demand affected by this Petition was given to or filed with Petitioner more than six (6) months prior to the filing of this Petition.

12. The Petitioner files herewith a security bond and/or Letter of Undertaking through an approved insurance company doing business in the state of Connecticut, Progressive Direct Insurance Company, hereby undertaking payment into Court whenever the Court shall so Order, in the aggregate amount of the Petitioner's interest in the value of the vessel, its freight and cargo, of Seven Thousand, Eight Hundred Dollars ($7,800.00), plus interest at the legal rate of six percent (6%) from the date hereof and costs.

13. All and singular, the premises asserted herein are true and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Petitioner prays as follows:

A). That the Court approve the figure as to the amount of the value of Petitioner's interest in the vessel, plus its cargo and freight, in the amount of $7,800.00;

B). That the Court issue an Order approving the undertaking by Progressive Direct Insurance Company to the Court for the aforesaid sum as to the value of Petitioner's interest in the vessel;

C).     That the Court direct the issuance of a monition to all persons having or asserting any claim(s) against Petitioner or the Estate for any act, matter, thing, loss, damage or forfeiture, done or occasioned or incurred by reason of the occurrence of August 20, 2022, citing and directing any and all such persons to file with the Clerk of this Court their respective claims in writing and under oath, and directing any of them who shall have filed such a claim and who intend to contest the Petitioner's and the Estate of David Motherway's right to exoneration or limitation to file an Answer to this Petition, and to serve a copy thereof on Petitioner's attorneys, all within the time to be fixed by the Monition;

D).     That the Court make and issue its Order forthwith restraining the commencement or prosecution of any and all suits, actions or legal proceedings of any manner whatsoever against the Petitioner arising out of or resulting in any way from the incident of August 20, 2022, as described herein, other than this proceeding, and staying any and all suits, actions or legal proceedings of any kind or manner whatsoever that have in fact previously been filed;

E).     That the Court in this proceeding adjudge that the Petitioner and David Motherway are not liable to any extent for any act, matter or thing, loss, damage or forfeiture, done occasioned or incurred in consequence of the above actions of August 20, 2022, as described herein, or if the Court shall adjudge that Petitioner or David Motherway are in any respect liable, then their liability be limited to the amount of the value of the Petitioner's and Estate's interest in the vessel, and that a decree be issued discharging the Petitioner and Estate from all further liability in the premises;

F).     All such other and further relief as the Court may deem proper in the

premises.

Dated:  March 6, 2023

                                        PETITIONER,
KATHIE MOTHERWAY, individually, and as the Executrix of the Estate of David Motherway, Deceased

 _/s/ Kevin M. Roche_____
Kevin M. Roche, Esq.
Fed. Bar. No. ct11641
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT  06103
T: 860-297-4605
F: 860-548-0006
E: roche@halloransage.com